ACCEPTED
04-14-00372-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/16/2015 2:08:36 PM
KEITH HOTTLE
CLERK



**Bexar County Public Defender's Office**
101 W. Nueva ◆ Paul Elizondo Tower – Suite 370 ◆ San Antonio, TX 78205
Phone: (210) 335-0701 ◆ Fax: (210) 335-0707

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
6/16/2015 2:08:36 PM
KEITH E. HOTTLE
Clerk

June 16, 2015

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa St., Suite 3200
San Antonio, Texas 78205

      Re:      Andres Ramon Juarez v. State of Texas
                 Appeal No. 04-14-00370-CR and 04-14-00372-CR
                 Cause No. 2013-CR-0937B and 2013-CR-0936B

To the Honorable Court of Appeals:

      Pursuant to Tex. R. App. P. 48.4 (West 2013), I hereby certify that I have notified the Appellant, Andres Ramon Juarez, of his right to file a *pro se* petition for discretionary review. I have included a copy of the opinion and the judgment with my letter to Mr. Juarez. The notification was sent by certified mail, return receipt requested. A copy of the return receipt is attached to this letter. The undersigned attorney supplies the Court with the following information about this case:

      Appellate attorney: Richard B. Dulany, Jr. (SBN:06196400)
      Date of Opinion and Judgment: June 10, 2015
      Date notification mailed to Appellant: June 10, 2015
      Certified mail number: 7011 1150 0002 0439 3195
      Date return receipt received by the undersigned attorney: June 15, 2015

                 Sincerely yours,

                 RICHARD B. DULANY, JR.
                 Appellate Public Defender

Attachment
/cmb

UNITED STATES POSTAL SERVICE

T3 JUN
12 JUN '15
FINAL

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box®

BEXAR COUNTY
APPELLATE PUBLIC DEFENDERS
101 W NUEVA STREET, SUITE 310
SAN ANTONIO TX 78205

(RD)

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Ruby Vasquez_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
_Ruby Vasquez_   6-12-15

1. Article Addressed to:

Andres Ramon Juarez
(#01928551)
Garza East Transfer Facility
4304 Highway 202
Beeville, Texas 78102

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Certified Mail®      ☐ Priority Mail Express™
☐ Registered           ☒ Return Receipt for Merchandise
☐ Insured Mail         ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7011 1150 0002 0439 3195

PS Form 3811, July 2013     Domestic Return Receipt